UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PATRICIA K. PRUET, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CAUSE NO. 1:12-cv-635-WTL-DML ) |
| FAYETTE REGIONAL HEALTH SYSTEM, | ) ) |
| Defendant. | ) |

## JUDGMENT

The Court having granted the Defendant's motion for summary judgment, judgment is hereby **ENTERED** in favor of the Defendant on all of the Plaintiff's claims.

SO ORDERED:        9/17/13

*[signature]*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification