UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PATRICIA K. PRUET, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:12-cv-635-WTL-DML |
| | ) | |
| FAYETTE REGIONAL HEALTH SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

The Court having granted the Defendant's motion for summary judgment, judgment is

hereby **ENTERED** in favor of the Defendant on all of the Plaintiff's claims.

SO ORDERED:        9/17/13


_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana


Copies to all counsel of record via electronic notification